(March 18, 1940.)

ANTONIO CANTORE, Respondent, v. ARNOLD NEWALD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE CHRISTIE CHASSIS, INC., Appellant, v. WILLIAM E. CHRIST and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel and Close, JJ.; Johnston, J., not voting.

SALVATORE CONIGLIARO, Respondent, v. GRANVILLE M. MILLS, Defendant; BROOKLYN BUS CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

FIRST WARD REALTY COMPANY, INC., Respondent, v. 534 EIGHTH AVENUE CORPORATION and MAX ARONSON, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

FLINTKOTE COMPANY, Appellant, v. DEWITT JENNINGS and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

SARA FUCHS, Appellant, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

STANLEY HARDING, Respondent, v. HARRY LEWIN, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay denied on the ground that there is no proof in the moving papers that the undertaking required by law has been given. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to ARNEST J. ARIES, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of DENNIS A. PRYZGODA and Another, as Temporary Administrators, etc., of ANTONI HERMANOWSKI, Also Known as TONY HERMAN, Deceased. DENNIS A. PRYZGODA and Another, as Temporary Administrators, etc., Appellants; VINCENTA GODLEWSKI, Executrix, etc., of ANTONI HERMANOWSKI, etc., Deceased, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Petition of the FIRST NATIONAL BANK OF RED HOOK, as Trustee of the Last Will and Testament of WILLIAM STROBEL MASSONNEAU, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of WILLIAM STROBEL MASSONNEAU, Late of the Town of Red Hook, Dutchess County, New York, Deceased. ELIZABETH MASSONNEAU COLE, Appellant; FIRST NATIONAL BANK OF RED HOOK, as Trustee, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.